**So Ordered.**

**Dated: September 2nd, 2015**



Frank L. Kurtz
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                     )
                                           ) NO. 12-04660
TA PROPERTIES, INC.                        )
                                           ) FINDINGS OF FACT AND
                                           ) CONCLUSIONS OF LAW ON
         Debtor.                           ) CONFIRMATION OF DEBTOR'S
                                           ) FOURTH AMENDED CHAPTER 11
                                           ) PLAN OF REORGANIZATION

THIS MATTER having come on for hearing on September 1, 2015 before the Hon. Frank Kurtz for confirmation of the Debtor's Fourth Amended Chapter 11 Plan of Reorganization filed herein on May 11, 2015. The Debtor appeared personally through Jaspal Sohi, President and authorized agent of the Debtor, and through counsel, Paul H. Williams. Creditor Wells Fargo appeared through Robert Carlton. The Court, after reviewing the testimony of Mr. Sohi (Sworn Statement – Dkt No. 193) and the pleadings filed herein, and being advised that all objecting creditors having agreed to the confirmation of the Fourth Amended Chapter 11 Plan of Reorganization, hereby makes the following:

### FINDINGS OF FACT

1. Debtor filed its petition for relief in Chapter 11 on October 30, 2012.

2. Debtor's Fourth Amended Disclosure Statement was filed on May 11, 2015 and approved on June 19, 2015 after Notice and Hearing.

3. That the proposed plan provides for the payment of the Debtor's obligations through payments to classes of creditors, including real property taxes (both past due and

FINDINGS OF FACT &
CONCLUSIONS OF LAW re:
ORDER CONFIRMING Chapter 11 Plan

1

12-04660-FLK11    Doc 198    Filed 09/02/15    Entered 09/03/15 14:38:47    Pg 1 of 3

current obligations moving forward), secured obligations and unsecured obligation over a definitive period of time as described in the Chapter 11 Plan as amended.

4. The Plan complies in all respects with 11 USC 1123.

5. All tax returns have been filed since the date of filing.

6. The plan of reorganization filed with the court and submitted to voting by the creditors complies with the requirements of the bankruptcy code and rules in that it separately designates classes of claims for all creditors, specifies any classes of claims or interests that are not impaired under the plan, and specifies the treatment of all classes of claims and interests that are impaired under the plan.

7. The plan further specifies the same treatment of each claim or interest of a particular class.

8. The Plan describes the value of each class and claim within the class, the amounts owed and the requirements of the Debtor to pay the claims of the creditor. Included in this Plan is the required payment schedule for the class of creditors.

9. The Amended Plan is feasible as it provides all creditors with rights beyond what each would have under a Chapter 7 liquidation analysis.

10. The Amended Plan protects the rights of those claimants who maintain a security interest in thereal property owned by the Debtor.

11. The Amended Plan describes the rights of the parties described therein including the rights of the secured parties to seek relief from the Automatic Stay or future state law remedies as necessary.

12 That the Plan has been proposed by the Debtor is in good faith and not by any means forbidden by law. The Creditors have received Notice of the Plan as Amended, No Obections have been filed and the Plan as amended should be approved.

13. That all fees payable under Section 1930 of Title 28 have been paid.

14. That the Plan complies in all respects with the requirements of 11 USC 1129.

15. The Amended Plan proposed by the Debtor in conjunction with its creditors is in the best interest of all classes and claim holder's as proposed.

Based on the foregoing FINDINGS OF FACT and CONCLUSIONS OF LAW, the Court concludes as follows:

1. That Debtor's Fourth Amended Chapter 11 Plan of Reorganization should be confirmed.

**XXXX END OF FINDINGS OF FACT & CONCLUSIONS OF LAW XXXX**

Presented by:

*/s/ Paul H. Will*

Paul H. Williams, WSBA #31684
PO Box 123
Yakima, WA 98907
509-453-4799